# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21-CR-02656-CAB |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT ON UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |
| EDITH ELENA CASTRO, | |
| Defendant. | |

**IT IS HEREBY ORDERED AND THE JUDGMENT OF THE COURT** that the United States' Motion to Dismiss the Indictment GRANTED. The case is dismissed without prejudice.

**IT IS FURTHER ORDERED** the bond is exonerated and United States Pretrial shall release any passport or other international travel documents held.

**IT IS SO ORDERED.**

DATED:   11/10/2021

_____
**HON. CATHY ANN BENCIVENGO**
United States District Court Judge